IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 08-C-00291 |
| $6,000.00 UNITED STATES CURRENCY, | ) ) ) |
| Defendant. | ) ) ) ) |

ORDER FOR DEFAULT JUDGMENT AGAINST
BRIGID R. MCGRAW AND FRANKLIN EDMONDS II

The United States of America, by its attorneys, Erik C. Peterson, United States Attorney for the Western District of Wisconsin, and Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture In Rem against the defendant $6,000.00 U.S. currency.

The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, was proceeds traceable to such an exchange, or was money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. As such, these funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant conveyance. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed with the Court by Brigid R. Mcgraw or Franklin Edmonds II pursuant to the Federal Rules of Civil Procedure.

The United States of America has made application to this Court for a default judgment to be entered; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest of Brigid R. Mcgraw and Franklin Edmonds II in the defendant $6,000.00 U.S. currency, is conveyed to the Plaintiff, United States of America.

DATED: July 24, 2008

BY THE COURT:

Barbara B. Crabb
BARBARA B. CRABB
United States District Judge

Entered this 25 day of July 2008.

by: L. Jensen, Deputy Clerk
JOEL TURNER, Acting Clerk
United States District Court

2