IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 08-C-00291 ) |
| $6,000.00 UNITED STATES CURRENCY, | ) ) |
| Defendant. | ) ) ) ) |

FINAL ORDER FOR DEFAULT JUDGMENT

The United States of America, by its attorneys, Erik C. Peterson, United States Attorney for the Western District of Wisconsin, and Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture In Rem against the defendant $6,000.00 U.S. currency.

The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, was proceeds traceable to such an exchange, or was money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. As such, these funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant conveyance. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed with the Court pursuant to the Federal Rules of Civil Procedure.

The United States of America has made application to this Court for a default judgment to be entered; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant $6,000.00 U.S. currency, is conveyed to the Plaintiff, United States of America; and

2. The United States Marshal is directed to dispose of the defendant $6,000.00 U.S. currency in accordance with federal law.

DATED: September 12, 2008

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge

Entered this 12 day of September 2008.

By: *L. Jensen, Deputy Clerk*
JOEL TURNER, Acting Clerk
United States District Court

2